Filed 10/13/22  P. v. Hardney CA5

## NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

## IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

## FIFTH APPELLATE DISTRICT

| | |
|---|---|
| THE PEOPLE,<br><br>    Plaintiff and Respondent,<br><br>        v.<br><br>JOHN HARDNEY,<br><br>    Defendant and Appellant. | F084149<br><br>(Super. Ct. No. DF015935A)<br><br><br>**OPINION** |

## THE COURT[*]

APPEAL from a judgment of the Superior Court of Kern County.  David E. Wolf, Judge.

Gillian Black, under appointment by the Court of Appeal, for Defendant and Appellant.

Office of the State Attorney General, Sacramento, California, for Plaintiff and Respondent.

-ooOoo-

---

[*] Before Levy, Acting P. J., Smith, J. and Snauffer, J.

## STATEMENT OF APPEALABILITY

This is an appeal following a plea of no contest within the meaning of California Rules of Court, rule 8.304. It is authorized by Penal Code section 1237.[1]

## STATEMENT OF THE CASE

On March 18, 2021, a complaint was filed in the Kern County Superior Court, charging Hardney with felony indecent exposure (§ 314.1; count 1), elevated to a felony based on a prior misdemeanor conviction for indecent exposure (§ 314.1) in Amador County Superior Court case number 14CR22899.

The complaint further alleged that Hardney had suffered four prior convictions for serious or violent felonies pursuant to sections 1170.12, subdivisions (a)-(e) and 667, subdivisions (c)-(j), and one prior serious felony conviction pursuant to section 667, subdivision (a).

On February 17, 2022, the complaint was amended to add a charge of misdemeanor disorderly conduct (§ 647, subd. (a)) as count 2. In accordance with a plea agreement, Hardney entered a no contest plea to count 2 and the district attorney dismissed count 1 in the interest of justice. There was a stipulated factual basis for the plea. Hardney was granted credit for time served of one day. Fines and fees were imposed.

Hardney filed a handwritten, pro. per. notice of appeal on March 29, 2022. The notice of appeal does not contain a certificate or probable cause.

## STATEMENT OF FACTS

Upon stipulation of counsel, the trial court found a factual basis for the plea "based on the probable cause statement and the reports in discovery." Section 647, subdivision (a), provides that "[a]n individual who solicits anyone to engage in or who engages in lewd or dissolute conduct in any public place or in any place open to the

---

[1] All statutory references are to the Penal Code.

public or exposed to public view" is guilty of disorderly conduct, a misdemeanor. (§ 647, subd. (a)).

## APPELLATE COURT REVIEW

Hardney's appointed appellate counsel has filed an opening brief that summarizes the pertinent facts, raises no issues, and requests this court to review the record independently. (*People v. Wende* (1979) 25 Cal.3d 436 (*Wende*).) The opening brief also includes the declaration of appellate counsel indicating Hardney was advised he could file his own brief with this court. By letter on August 17, 2022, we invited Hardney to submit additional briefing.

In response to our invitation, Hardney filed a supplemental appellant's opening brief on September 21, 2022, which the court has read and considered. Hardney sets forth a number of contentions regarding evidentiary issues, as well as counsel's alleged failure to properly investigate the case. Attached thereto is a Rules Violation Report discussing the circumstances of the incident, which occurred at Kern Valley State Prison. However, he presents no issues that would warrant relief on appeal.

Having undertaken an examination of the entire record, we find no evidence of ineffective assistance of counsel or any other arguable error that would result in a disposition more favorable to Hardney.

## DISPOSITION

The judgment is affirmed.